SEGALSKIGEN LLP
LAWRENCE SEGAL (101339)
WAYNE D. SKIGEN (100249)
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212-2504
(310) 550-4840
lawrence@legalsegal.com
wayne@legalsegal.com

and

KUMAGAI LAW GROUP PC
DUANE KUMAGAI (125063)
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067-6020
(310) 461-1625
dkumagai@klgla.com

Co-counsel for Plaintiffs Colette McDougall,
Richard W. Colburn, Carol Colburn Grigor
and Keith W. Colburn

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JACQUELINE ANN COLBURN, A/K/A JACQUELINE ANN GASSER.<br><br>Debtor | Chapter 7<br><br>Case No.: 13-10210-AJ<br><br>Adv. No.: 13-3054 |
| COLETTE McDOUGALL,<br>RICHARD W. COLBURN,<br>CAROL COLBURN GRIGOR<br>and KEITH W. COLBURN,<br><br>Plaintiffs,<br><br>vs.<br><br>JACQUELINE ANN COLBURN, A/K/A JACQUELINE ANN GASSER.<br><br>Defendant | STIPULATION FOR DISMISSAL |

1
**STIPULATION FOR DISMISSAL**

Plaintiffs Colette McDougall, Richard W. Colburn, Carol Colburn Grigor and Keith W. Colburn (collectively, "Plaintiffs"), through their attorney of record, Wayne D. Skigen, and defendant and debtor Jacqueline A. Colburn ("Defendant"), through her attorney of record, Edward J. LaBarre, hereby stipulate, pursuant to a Settlement Agreement entered by and between the parties and approved by the United States Bankruptcy Court (Judge Jaroslovsky) on December 6, 2013, to the dismissal with prejudice of the above-captioned adversary proceeding and of Plaintiffs' Adversary Complaint for Exception to Discharged filed therein.

IT IS SO STIPULATED:

Dated: December 19, 2013

SEGAL SKIGEN LLP

By: _____
WAYNE SKIGEN
Attorneys for Plaintiffs Colette McDougall, Richard W. Colburn, Carol Colburn Grigor and Keith W. Colburn

Dated: December 13, 2013

EDWARD J. LaBARRE

By: _____
EDWARD J. LaBARRE
Attorney for Defendant Jacqueline Ann Colburn

2
STIPULATION FOR DISMISSAL

Case: 13-03054    Doc# 12    Filed: 12/20/13    Entered: 12/20/13 09:32:52    Page 2 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankuptcy case or adversary proceeding.  My business address is: Kumagai Law Group, PC, 1901 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Todd J. Cleary | cleary1@pacbell.net, jslatertclaw@gmail.com |
| Jay D. Crom | jcrom@bachcrom.com |
| Duane Kumagai | dkumagai@klgla.com, mshabpareh@klgla.com |
| Jeffry Locke | JLtrustee@aol.com, ca61@ecfcbis.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com |
| Reidun Stromsheim | rstromsheim@stromsheim.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 20, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
<u>VIA EMAIL</u>
Lawrence Segal
*Lawrence@legalsegal.com*
Wayne D. Skigen
*Wayne@legalslegal.com*
Segal Skigen LLP
9595 Wilshire Blvd. #201
Los Angeles, CA 90212-2504

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2013 | Melody Shabpareh | */s/ Melody Shabpareh* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |